PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Henricks  
**Docket Number:** 05-00716-001  
**PACTS Number:** 39935

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler, Sr. U.S.D.J.

**Date of Original Sentence:** 03/07/2006

**Original Offense:** Conspiracy to Defraud the United States, 18 U.S.C. § 371

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Special Conditions:** DNA collection; drug treatment or urinalysis; financial disclosure; mental health treatment; no new debt; refrain from any investment related field; restitution $815,367; special assessment $100.

**Type of Supervision:** Supervised Release  
**Date Supervision Commenced:** 12/10/07

**Assistant U.S. Attorney:** Nancy Hoppock, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Steven L. Brounstein, Esq., Papa, DePaola & Brounstein, 42-20 Bell Blvd., Suite 500, Bayside, New York 11361, (718) 281-4000

---

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On May 16, 2008 and June 3, 2008 the offender tested positive for marijuana use, which was confirmed by laboratory testing, with reference numbers C01006860 and C01007134. |
| | On June 27, 2008, the offender tested positive for marijuana and cocaine, which |

was confirmed by laboratory testing, with reference number C01007358.

On July 9, 2008, the offender tested positive for cocaine, which was confirmed by laboratory testing, with reference number C01276723.

On July 17, 2008, the offender tested positive for marijuana, which was confirmed by laboratory testing, with reference number C00926941.

2     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to comply with his substance abuse and mental health treatment. Specifically, the offender missed treatment appointments at Long Island Consultation Center on March 11, April 1, May 17, May 27, and June 14, 2008.

3     The offender has violated the supervision condition which states '**Restitution in the amount of $815,367 is due immediately.**'

Since the commencement of supervision, the offender has not made any payments to date toward his restitution obligation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 8/1/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 9/8/08 at 2:30pm.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8-20-08
Date